# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY J. HEMPSTEAD  
1311 - 28TH STREET  
ROCKFORD, IL  61108  

SSN-xxx-xx-2321

Case Number: 06-70281

Case filed on: 3/2/2006  
Plan Confirmed on: 8/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $1,200.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,500.00 | 1,500.00 | 990.66 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 990.66 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 401.46 | 401.46 | 0.00 | 0.00 |
|  | Total Priority | 401.46 | 401.46 | 0.00 | 0.00 |
| 999 | MARY J. HEMPSTEAD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ELITE MOTORS | 3,651.00 | 0.00 | 0.00 | 0.00 |
| 036 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 3,651.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ADVANCE AMERICA | 362.00 | 362.00 | 0.00 | 0.00 |
| 006 | ADVANCE CASH EXPRESS | 213.06 | 213.06 | 0.00 | 0.00 |
| 007 | ALLIANCE ONE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN CASH-N-GO | 317.99 | 317.99 | 0.00 | 0.00 |
| 010 | APPLIED CARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAMELOT RADIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CASH 2 GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CASH ASAP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CUSTOMER SERVICE / SMART READER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DOUBLEDAY BOOK CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | KELSEYS FAST CASH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NICOR GAS | 626.51 | 626.51 | 0.00 | 0.00 |
| 024 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PARENTING MAGAZINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROYCE FINANCIAL | 423.50 | 423.50 | 0.00 | 0.00 |
| 028 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SOUND AND SPIRIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | STATE LINE AUTO PARTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TRUCOMM | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WEST ASSET MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ZENITH ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | KENNETH D. HOWARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | RJM ACQUISITIONS FUNDING LLC | 58.34 | 58.34 | 0.00 | 0.00 |
|  | Total Unsecured | 2,001.40 | 2,001.40 | 0.00 | 0.00 |
|  | Grand Total: | 7,695.61 | 4,044.61 | 1,132.41 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $1,132.41 |
| Trustee Allowance: | $67.59 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                                                    /s/ Lydia S. Meyer
                                                                                                   Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008                   By  /s/Heather M. Fagan